J. W. LYDICK v. FIRST NAT. BANK OF SHENANDOAH, IOWA. (Circuit Court of Appeals, Eighth Circuit. September 19, 1923.) No. 6181. In Error to the District Court of the United States for the District of Nebraska. Grenville P. North and Fay H. Pollock, both of Omaha, Neb., for plaintiff

in error. Thomas W. Keenan, of Shenandoah, Iowa, and David A. Fitch, of Omaha, Neb., for defendant in error.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, per stipulation of parties.